# Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Middle__ District of __Pennsylvania__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual  12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Deluxe Building Solutions, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   __REDACTED per local rules__
   EIN

5. **Debtor's address**

   **Principal place of business**

   409 West 3rd Street
   Number    Street

   _____

   Berwick         PA   18603
   City            State  ZIP Code

   Columbia
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State  ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Deluxe Building Solutions, LLC**                                   Case number (if known)_____
         Name

### 6. Debtor's website (URL)    _____

### 7. Type of debtor
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

- [x] No
- [ ] Yes. Debtor _____  Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                         MM / DD / YYYY

       Debtor _____  Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                         MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue

Check one:
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Debtor | **Deluxe Building Solutions LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Taylor & Peterson | unpaid invoice past due | $ 5200.00 |
| Taylor & Peterson | unpaid invoice past due | $ 8000.00 |
| Taylor & Peterson | unpaid invoice past due | $ 12800.00 |
| | Total of petitioners' claims | $ 26000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Taylor & Peterson
Name

12 Rogers Road, No. 4
Number    Street

Haverhill, MA 01835
City                State       ZIP Code

Name and mailing address of petitioner's representative, if any

Alastair Taylor
Name

123 Highland Avenue, #41
Number    Street

Somerville, MA 02143
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/14/2021
           MM  / DD / YYYY

x _/s/ Alastair Taylor, Owner_____
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name _____

Firm name, if any _____

Number    Street _____

City        State    ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

x _____
Signature of attorney

Date signed _____
         MM  / DD / YYYY

Debtor  Deluxe Building Solutions, LLC     Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Taylor & Peterson | unpaid invoices past due | $ 26,000.00 |
| Superior Controls, Inc. | unpaid invoice past due | $ 44,800.00 |
| Robert Labanara | unpaid wages, etc. | $ 12,000.00 |
| | Total of petitioners' claims | $ 82,527.71 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Superior Controls, Inc.
Name

135 Folly Mill Road
Number   Street

Seabrook, N.H. 03874
City                State      ZIP Code

Name and mailing address of petitioner's representative, if any

Richard Pierro, President
Name

Number   Street

City                State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/18/2021
             MM / DD / YYYY

x  /s/ R. Pierro
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

x _____
Signature of attorney

Date signed _____ MM / DD / YYYY

Debtor  Deluxe Building Solutions LLC            Case number (if known)

**Name and mailing address of petitioner**

James Wieler (amount $527.71)
Name

136 Lafayett Road
Number    Street

North Hampton, N.H. 03862
City             State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

James Wieler
Name

_____
Number  Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/18/2021
             MM / DD / YYYY

X /s/ J. A. Wieler
Signature of petitioner or representative, including representative's title

Harry D. Lewis, Esq.
Printed name

Firm name, if any

2 Park Avenue South, Suite 2000
Number   Street

New York, N.Y. 10016
City           State      ZIP Code

Contact phone 718-360-0759  Email hlewis@quickjustice

Bar number  44368

State       PA

X /s/ Hy D. Lewis
Signature of attorney

Date signed  03/18/2021
             MM / DD / YYYY

**Name and mailing address of petitioner**

Robert Labanara
Name

130 Millbrook Road
Number   Street

Northhaven, CT 06473
City            State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Robert Labanara
Name

_____
Number  Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

_____
Number   Street

_____
City           State      ZIP Code

Contact phone _____ Email hlewis@quickjustice

Bar number  _____

State       _____

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Debtor **Deluxe Building Solutions, LLC**     Case number (if known) _____

## Name and mailing address of petitioner

**James Wieler**
Name

**136 Lafayett Road**
Number  Street

**North Hampton, N.H. 03862**
City  State  ZIP Code

## Name and mailing address of petitioner's representative, if any

**James Wieler**
Name

_____
Number  Street

_____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

**Harry D. Lewis, Esq.**
Printed name

_____
Firm name, if any

**2 Park Avenue South, Suite 2000**
Number  Street

**New York, N.Y. 10016**
City  State  ZIP Code

Contact phone **718-360-0759**  Email **hlewis@quickjustice**

Bar number **44368**

State **PA**

✗ *Harry D. Lewis* (signed)
Signature of attorney

Date signed **03/18/2021**
MM / DD / YYYY

---

## Name and mailing address of petitioner

**Robert Labanara**
Name

**130 Millbrook Road**
Number  Street

**Northhaven, CT 06473**
City  State  ZIP Code

## Name and mailing address of petitioner's representative, if any

**Robert Labanara**
Name

_____
Number  Street

_____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03-18-2021**
MM / DD / YYYY

✗ *(signature)*
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City  State  ZIP Code

Contact phone _____  Email **hlewis@quickjustice**

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY